# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 6, 2015

## NO. 03-14-00199-CV

**Steven Gregory Sloat, Ed Bryan, Church of Scientology International, David J. Lubow, and Monty Drake, Appellants**

**v.**

**Monique Rathbun, Appellee**

## APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED IN PART; REVERSED IN PART -- OPINION BY JUSTICE FIELD

This is an appeal from the interlocutory order signed by the trial court on March 14, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the trial court's order awarding attorneys' fees to appellee. Therefore, the Court reverses the portion of the trial court's order awarding attorneys' fees to appellee, but affirms the portion of the trial court's order denying appellants' motions to dismiss. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.